Todd Pickles (SBN CA 215629)
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Attorneys for Plaintiff NatureTrak, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURETRAK, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JONTAE JAMES, an individual, SEAN KAMMERICH, an individual, HYBRID FINANCIAL SERVICES GROUP, a California corporation, and DOE 1-20,<br><br>　　　　Defendants. | CASE NO. 2:23-cv-00540-KJM-JDP<br><br>**STIPULATION FOR PRELIMINARY INJUNCTIVE RELIEF AND PRESERVATION OF EVIDENCE RE SEAN KAMMERICH ONLY; ORDER** |

## STIPULATION FOR PRELIMINARY INJUNCTIVE RELIEF AND PRESERVATION OF EVIDENCE AS TO SEAN KAMMERICH ONLY

Plaintiff NatureTrak, Inc. ("NatureTrak") and Defendant Sean Kammerich ("Kammerich"), through their counsel, hereby agree and stipulate to the following:

1. On March 21, 2023, NatureTrak filed a complaint the above-captioned action for damages and injunctive relief ("Complaint") and provided a copy to Kammerich via email on or about March 22, 2023.

2. On March 24, 2023, NatureTrak filed a motion for temporary restraining order and a preservation order ("Motion"), including a Proposed Temporary Restraining Order and Preservation Order ("Proposed Order") and provided a copy to Kammerich via email that same date.

3. On or about March 27, 2023, the Court issued a minute order setting forth the deadline of March 30, 2023, for Kammerich to file any response to the Motion and Nature Trak provided a copy to Kammerich via email that same date.

4. Upon receipt of the foregoing, Kammerich has retained counsel.

5. In order to avoid the costs of litigating the pending Motion, but otherwise disputing and without conceding any of the facts as alleged in the Complaint or the facts and evidence as set forth in support of the pending Motion, Kammerich, having read the Motion and Proposed Order and having had the opportunity to discuss them with his counsel, agrees to be bound and otherwise comply with the following provisions of the Proposed Order at all times unless and until either this Stipulation and Proposed Order is dissolved by separate order of the Court:

    a. Kammerich, SHALL NOT directly or indirectly, obtain, retain, use, transmit, disseminate, or disclose, or attempt to obtain, retain, use, transmit, disseminate, or disclose, any NatureTrak confidential, proprietary, or trade secret information, including any NatureTrak product, technology, code, software, or customer (actual or potential), sales, strategic, marketing, or pricing information ("NatureTrak Trade Secret Information"), including using or disclosing NatureTrak Trade Secret Information for the purpose of directly or indirectly soliciting, and for the purpose of conducting business with, any NatureTrak actual or potential customer or investor; and

   b. Kammerich SHALL preserve all evidence in accordance with applicable state rules, and cease, desist, and refrain from accessing, retrieving, copying, deleting, destroying, removing, altering, modifying, concealing, spoliating, secreting, transmitting or disseminating any documents or information relating to this lawsuit in any way, no matter where such information resides, including any documents or information stored on any computer or Media.  Documents shall be defined as in the California Code of Civil Procedure.  This order includes all documents relating to NatureTrak Trade Secret Information, business information pertaining to NatureTrak's technology, code, products, customers, sales or marketing activities, Kammerich's and defendant Jontae James's employment with NatureTrak, and Kammerich's, Jontae James's or Hybrid Financial Services Group's ("Hybrid") communications (including emails, texts, WhatsApp and iMessages, chats, or any other messaging service) with NatureTrak or NatureTrak's actual and potential customers, employees, contractors, customers, vendors, suppliers or agents since July 31, 2022.  This is not an agreement or waiver as to admissibility or discoverability of any said evidence.

  6. Kammerich also agrees to provide a copy of this Stipulation and Proposed Order to any party to whom Kammerich knows or has reason to believe that he, Jontae James, or Hybrid have disclosed, disseminated, or transmitted NatureTrak's Trade Secret Information.

  7. Upon entry of this Stipulation as an Order of the Court, NatureTrak believes the pending Motion will become moot as to Kammerich only and, consequently NatureTrak will no longer seek as to Kammerich only the relief set forth in the pending Motion, including NatureTrak's request that the matter be set for an order to show cause regarding the entry of a preliminary injunction as to Kammerich only. This stipulation and order shall not be considered prevailing on the merits for the purposes of any other relief, including but not limited to, an award of interim attorney's fees.

  8. Accordingly, the NatureTrak and Kammerich hereby respectfully request that the Court enter this Stipulation as an order of the Court.

  IT IS SO STIPULATED AND REQUESTED.

DATED:  March 30, 2023    GREENBERG TRAURIG, LLP

          By: */s/ Todd Pickles*
           Todd Pickles
           Attorneys for Plaintiff NatureTrak, Inc.

DATED: March 30, 2023                FRY LAW CORPORATION


                                     By: /s/ Christopher J. Fry (as authorized on 3/30/23)
                                         Christopher J. Fry
                                         Attorneys for Defendant Sean Kammerich

DATED: March 30, 2023


                                     By: /s/ Sean Kammerich (as represented and authorized on 3/30/23)
                                         Sean Kammerich, Defendant

**O R D E R**

Having read and considered the Stipulation for Preliminary Injunctive Relief and for Preservation of Evidence between Plaintiff NatureTrak Inc. and Defendant Seam Kammerich, and for good cause shown, and being fully informed, the COURT hereby ADOPTS the parties' Stipulation as the order of the Court.

IT IS SO FOUND AND SO ORDERED.

DATE:  April 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE