Todd Pickles (SBN CA 215629)
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Attorneys for Plaintiff NatureTrak, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURETRAK, INC., a California corporation,<br><br>       Plaintiff,<br><br>v.<br><br>JONTAE JAMES, an individual, SEAN KAMMERICH, an individual, HYBRID FINANCIAL SERVICES GROUP, a California corporation, and DOE 1-20,<br><br>       Defendants. | CASE NO. 2:23-cv-00540-KJM-JDP<br><br>**STIPULATION FOR PRELIMINARY INJUNCTIVE RELIEF AND PRESERVATION OF EVIDENCE RE JONTAE JAMES AND HYBRID FINANCIAL SERVICES GROUP ONLY; ORDER** |

## STIPULATION FOR PRELIMINARY INJUNCTIVE RELIEF AND PRESERVATION OF EVIDENCE AS TO SEAN KAMMERICH ONLY

Plaintiff NatureTrak, Inc. ("NatureTrak") and Defendants Jontae James ("James") and Hybrid Financial Services Group ("Hybrid"), through their counsel, hereby agree and stipulate to the following:

1. On March 21, 2023, NatureTrak filed a complaint the above-captioned action for damages and injunctive relief ("Complaint") and provided a copy to James and Hybrid via email on or about March 22, 2023.

2. On March 24, 2023, NatureTrak filed a motion for temporary restraining order and a preservation order ("Motion"), including a Proposed Temporary Restraining Order and Preservation Order ("Proposed Order") and provided a copy to James and Hybrid via email that same date.

3. On or about March 27, 2023, the Court issued a minute order setting forth the deadline of March 30, 2023, for James and Hybrid to file any response to the Motion and Nature Trak provided a copy to Kammerich via email that same date.

4. Upon receipt of the foregoing, James and Hybrid have retained counsel.

5. In order to avoid the costs of litigating the pending Motion, but otherwise disputing and without conceding any of the facts as alleged in the Complaint or the facts and evidence as set forth in support of the pending Motion, James and Hybrid, having read the Motion and Proposed Order and having had the opportunity to discuss them with their counsel, agree to be bound and otherwise comply with the following provisions of the Proposed Order at all times unless and until either this Stipulation and Proposed Order is dissolved by separate order of the Court:

    a. James and Hybrid, as well as all of Hybrid's affiliates, officers, directors, shareholders and employees, SHALL NOT directly or indirectly, obtain, retain, use, transmit, disseminate, or disclose, or attempt to obtain, retain, use, transmit, disseminate, or disclose, any NatureTrak confidential, proprietary, or trade secret information, including any NatureTrak product, technology, code, software, or customer (actual or potential), sales, strategic, marketing, or pricing information ("NatureTrak Trade Secret Information"), including using or disclosing NatureTrak Trade Secret Information for the purpose of directly or indirectly soliciting, and for the purpose of conducting business with, any NatureTrak actual or potential customer or investor; and

    b. James and Hybrid, as well as all of Hybrid's affiliates, officers, directors, shareholders and employees, SHALL preserve all evidence in accordance with applicable state rules, and cease, desist, and refrain from accessing, retrieving, copying, deleting, destroying, removing, altering, modifying, concealing, spoliating, secreting, transmitting or disseminating any documents or information relating to this lawsuit in any way, no matter where such information resides, including any documents or information stored on any computer or Media.  Documents shall be defined as in the California Code of Civil Procedure.  This order includes all documents relating to NatureTrak Trade Secret Information, business information pertaining to NatureTrak's technology, code, products, customers, sales or marketing activities, Sean Kammerich's and James's employment with NatureTrak, and Sean Kammerich's, James's or Hybrid's communications (including emails, texts, WhatsApp and iMessages, chats, or any other messaging service) with NatureTrak or NatureTrak's actual and potential customers, employees, contractors, customers, vendors, suppliers or agents since July 31, 2022.  This is not an agreement or waiver as to admissibility or discoverability of any said evidence.

  6. James and Hybrid also agree to provide a copy of this Stipulation and Proposed Order to any party to whom James and Hybrid know or have reason to believe that they or Sean Kammerich have disclosed, disseminated, or transmitted NatureTrak's Trade Secret Information.

  7. Upon entry of this Stipulation as an Order of the Court, NatureTrak believes the pending Motion will become moot as to James and Hybrid and, consequently NatureTrak will no longer seek as to James and Hybrid only the relief set forth in the pending Motion, including NatureTrak's request that the matter be set for an order to show cause regarding the entry of a preliminary injunction as to James and Hybrid only. This stipulation and order shall not be considered prevailing on the merits for the purposes of any other relief, including but not limited to, an award of interim attorney's fees.

  8. Accordingly, the NatureTrak, James and Hybrid hereby respectfully request that the Court enter this Stipulation as an order of the Court.

IT IS SO STIPULATED AND REQUESTED.

DATED:  March 30, 2023                    GREENBERG TRAURIG, LLP


By: */s/ Todd Pickles*
  Todd Pickles
  Attorneys for Plaintiff NatureTrak, Inc.


DATED:                                     KOELLER NEBEKER CARLSON HALUCK


By: */s/ David Bass*
  David Bass
  Attorneys for Defendants Jontae James and Hybrid Financial Services Group

DATED:


By: */s/ Jontae James*
  Jontae James, Defendant


DATED:


By: */s/ Jontae James*
  Jontae James, Chief Executive Officer
  Hybrid Financial Services Group
  On behalf of Defendant Hybrid Financial Services Group

**O R D E R**

Having read and considered the Stipulation for Preliminary Injunctive Relief and for Preservation of Evidence between Plaintiff NatureTrak Inc. and Defendants Jontae James and Hybrid Financial Services Group, and for good cause shown, and being fully informed, the COURT hereby ADOPTS the parties' Stipulation as the order of the Court.[1]

IT IS SO FOUND AND SO ORDERED.

DATE:  April 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court notes parties have mislabeled the stipulation as a " Stipulation for Preliminary Injunctive Relief and Preservation of Evidence as to Sean Kammerich Only."  However, the stipulation concerns defendants Jontae James and Hybrid Financial Services Group.