Todd Pickles (SBN CA 215629)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Attorney for Plaintiff NatureTrak, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURETRAK, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JONTAE JAMES, an individual, SEAN KAMMERICH, an individual, HYBRID FINANCIAL SERVICES GROUP, a California corporation, and DOES 1-20,<br><br>    Defendants. | CASE NO. 2:23-cv-00540-KJM-JDP<br><br>**[PROPOSED] ORDER TO EXTEND NATURETRAK, INC.'S DISCOVERY RESPONSE DEADLINE** |

## [PROPOSED] ORDER

Pursuant to Plaintiff NatureTrak, Inc. ("NatureTrak") and Defendant Sean Kammerich's ("Kammerich") (collectively, "the Parties") Stipulation to Extend NatureTrak, Inc.'s Discovery Response Deadline filed on May 13, 2024 [ECF 029], IT IS HEREBY ORDERED THAT:

NatureTrak's deadline to respond to Kammerich's First Sets of Requests for Production of Documents and Interrogatories is extended from May 13, 2024 to June 10, 2024.

IT IS SO ORDERED.

Dated:   May 28, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE