Christopher J. Fry, Esq. (SBN: 298874)
  Email: cfry@frylawcorp.com
**FRY LAW CORPORATION**
4227 Sunrise Boulevard, Suite 200
Fair Oaks, California 95628
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorneys for Defendants,
**JONTAE JAMES, SEAN KAMMERICH, and HYBRID FINANCIAL SERVICES GROUP**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURETRAK, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>JONTAE JAMES, SEAN KAMMERICH, HYBRID FINANCIAL SERVICES GROUP, and DOES 1-20,<br><br>  Defendants, | **CASE NO.:** 2:23-CV-00540-KJM-JDP<br><br>**JOINT STIPULATION REQUESTING EXTENSIONS OF TRIAL RELATED DATES; ORDER**<br><br>[Complaint Filed: March 21, 2023]<br><br>JURY TRIAL DEMANDED |

Plaintiff and Defendants hereby stipulate and agree as follows:

WHEREAS, this Court entered a trial scheduling order on July 27, 2023 (Doc. 26);

WHEREAS, this Court set a discovery closure date of August 1, 2024;

WHEREAS, this Court set expert disclosure deadlines as follows: Disclosure, September 27, 2024, rebuttal, October 25, 2024, expert discovery cut-off, December 13, 2024;

WHEREAS, this Court set the deadline for law and motion filing to February 14, 2025;

WHEREAS, the Parties have experienced discovery related issues;

1   WHEREAS, Defense counsel is a solo practitioner and extremely short staffed;

2   WHEREAS, Defense counsel also had a two-week jury trial get trailed from early July
3   to early August, severely impacting his ability to focus on other matters;

4   WHEREAS, a brief extension of these deadlines will not cause prejudice to the Court
5   or Parties;

6   WHEREAS, the Parties request certain of the trial related dates be vacated and
7   continued, on the grounds that the case simply cannot get the attention it needs based on
8   these issues;

9   WHEREAS, Plaintiff and Defendants are in agreement to have certain of the pretrial
10  dates pushed out two (2) months;

11  THEREFORE, Plaintiff and Defendants are in unanimous agreement to vacate the
12  related dates and have them set to new dates as follows: Discovery Closure: October 4,
13  2024; Expert Disclosure: November 27, 2024, Expert Rebuttal: December 30, 2024, Expert
14  Discovery Cut-Off: February 13, 2025; Last Day to File and Serve Law and Motion: April 18,
15  2025.

16  THEREFORE, the Parties agree to the continuances stated above.

17  **SO STIPULATED.**

18

19  ///

20

21  DATED: July 29, 2024            Respectfully submitted,

22                                  **FRY LAW CORPORATION**

23

24                                  By: */s/ Christopher J. Fry*_____
                                    Christopher J. Fry, Esq.
25                                  *Attorneys for Defendants*

26  DATED: July 29, 2024            Respectfully submitted,

27                                  **GREENBERG TRAURIG, LLP**

28

**JOINT STIPULATION REQUESTING EXTENSIONS OF TRIAL RELATED DATES; ORDER**
2
Case No.: 2:23-CV-00540-KJM-JDP

By: */s/ Todd Pickles*_____
Todd Pickles, Esq.
*Attorneys for Plaintiff*

**ORDER**

Good cause appearing and pursuant to the parties' stipulation, the court extends the following deadlines: Fact discovery shall be completed by October 4, 2024; expert disclosures shall be completed by November 27, 2024; rebuttal expert witnesses shall be exchanged by December 30, 2024; all expert discovery shall be completed by February 13, 2025; and all dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be filed by April 18, 2025.

IT IS SO ORDERED:

DATED: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE
CALIFORNIA FEDERAL COURT**

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is above. On July 29, 2024, I served the foregoing document(s) described as:

**JOINT STIPULATION REQUESTING EXTENSIONS OF TRIAL RELATED DATES; PROPOSED ORDER**

On all interested parties in this action by placing [  ] the original [ x ] a true copy thereof enclosed in sealed envelopes addressed as follows:

**Attorneys for Plaintiff:**

Todd Pickles, Esq.
Greenberg Traurig, LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Email: picklest@gtlaw.com

[X] BY EMAIL: I hereby certify that I electronically transmitted the attached document(s) to counsel above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of California that the above is true and correct. Executed  on  July  29,  2024,  at Sacramento County, California.

*s/ Christopher J. Fry*
Christopher J. Fry

**JOINT STIPULATION REQUESTING EXTENSIONS OF TRIAL RELATED DATES; ORDER**
5
Case No.: 2:23-CV-00540-KJM-JDP