Christopher J. Fry, Esq. (SBN: 298874)
   Email: cfry@frylawcorp.com
**FRY LAW CORPORATION**
4227 Sunrise Boulevard, Suite 200
Fair Oaks, California 95628
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorneys for Defendants,
**JONTAE JAMES, SEAN KAMMERICH, and HYBRID FINANCIAL SERVICES GROUP**



# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURETRAK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JONTAE JAMES, SEAN KAMMERICH, HYBRID FINANCIAL SERVICES GROUP, and DOES 1-20,<br><br>Defendants, | **CASE NO.:** 2:23-CV-00540-KJM-JDP<br><br>**JOINT STIPULATION REQUESTING EXTENSIONS OF TRIAL RELATED DATES; PROPOSED ORDER**<br><br>[Complaint Filed: March 21, 2023]<br><br>JURY TRIAL DEMANDED |

1   Plaintiff and Defendants hereby stipulate and agree as follows:

2   WHEREAS, this Court entered a trial scheduling order on July 27, 2023 (Doc. 26);

3   WHEREAS, this Court set a discovery closure date of October 4, 2024;

4   WHEREAS, this Court set expert disclosure deadlines as follows: (i) Expert
5   Disclosure: November 27, 2024; (ii) Expert Rebuttal: December 30, 2024; (iii) Expert
6   Discovery Cut-Off: February 13, 2025;

7   WHEREAS, this Court set the deadline for law and motion filing to April 18, 2025;

8   WHEREAS, the Parties have experienced discovery related issues;

9   WHEREAS, Defense counsel is a solo practitioner and extremely short staffed;

10  WHEREAS, Defense counsel also had a two-week jury trial get trailed from early
11  July to early August, now to September, and it is now expected to last at least four (4)
12  weeks, severely impacting his ability to focus on other matters;

13  WHEREAS, a brief extension of these deadlines will not cause prejudice to the Court
14  or Parties;

15  WHEREAS, the Parties request certain of the trial related dates be vacated and
16  continued, on the grounds that the case simply cannot get the attention it needs based on
17  these issues;

18  WHEREAS, Plaintiff and Defendants are in agreement to have certain of the pretrial
19  dates pushed out two (2) months;

20  THEREFORE, Plaintiff and Defendants are in unanimous agreement to vacate the
21  related dates and have them set to new dates as follows: (i) Discovery Closure: December
22  13, 2024; (ii) Expert Disclosure: January 31, 2025; (iii) Expert Rebuttal: February 28, 2025;
23  (iv) Expert Discovery Cut-Off: April 14, 2025; (v) Last Day to File and Serve Law and
24  Motion: June 20, 2025.

25  THEREFORE, the Parties agree to the continuances stated above.

26  **SO STIPULATED.**

27

28  *///*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 8, 2024 | Respectfully submitted, |
| 3 | | **FRY LAW CORPORATION** |
| 4 | | |
| 5 | | By: /s/ Christopher J. Fry |
| 6 | | Christopher J. Fry, Esq.<br>*Attorneys for Defendants* |
| 7 | DATED: October 8, 2024 | Respectfully submitted, |
| 8 | | **GREENBERG TAURIG, LLP** |
| 9 | | |
| 10 | | By: /s/ Todd Pickles |
| 11 | | Todd Pickles, Esq.<br>*Attorneys for Plaintiff* |

**JOINT STIPULATION REQUESTING EXTENSIONS OF TRIAL RELATED DATES; PROPOSED ORDER**

3

Case No.: 2:23-CV-00540-KJM-JDP

**ORDER**

GOOD CAUSE showing, it is ORDERED that the STIPULATION is APPROVED.

The request to vacate the related dates is granted and the new dates shall be set as follows: (i) Discovery Closure: December 13, 2024; (ii) Expert Disclosure: January 31, 2025; (iii) Expert Rebuttal: February 28, 2025; (iv) Expert Discovery Cut-Off: April 14, 2025; (v) Last Day to File and Serve Law and Motion: June 20, 2025.

IT IS SO ORDERED:

DATED:      October 8, 2024.

_____
UNITED STATES DISTRICT JUDGE